IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT ROWEN, et al.,

        Petitioners,

  v.

DOUGLAS H. SHULMAN, et al.,

        Defendants.

No. C 12-5831 RS

**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME TO FILE OPPOSITION**

The request of *pro se* litigants Robert Rowen and Teresa Su for a second extension of time in which to file opposition to the pending motion to dismiss is granted. The opposition shall be filed no later October 18, 2013. The hearing date on the motion is vacated. After the opposition is filed, the Court will set a due date for any reply brief, and reset a hearing date if appropriate, in light of the then-existing status of government funding. Accordingly, counsel for the government need not respond until further order.

IT IS SO ORDERED.

Dated: 10/10/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE